

# CULPEPPER IP, LLLC

ATTORNEY AT LAW

75-170 HUALALAI ROAD, SUITE B204
KAILUA-KONA, HI 96740

KERRY S. CULPEPPER *

TEL: (808) 464-4047
FAX: (202) 204-5181

* ADMITTED TO PRACTICE IN VIRGINIA, HAWAI'I
AND BEFORE THE USPTO

WWW.CULPEPPERIP.COM

PATENTS, TRADEMARKS & COPYRIGHTS

July 30, 2019
**VIA FIRST CLASS MAIL**

Mark Nakagawa
Sr. Manager, Corporate Security
Copyright Agent, Hawaiian Telcom
1177 Bishop Street, Suite 1
Honolulu, HI  96813

Re: Copyright Claim Notification per 17 USC 512(c)(3)(A)

Dear Sirs:

<u>An physical or electronic signature of the copyright owner, or a person authorized to act on behalf of the owner, of an exclusive copyright that has allegedly been infringed.</u>

Kerry S. Culpepper authorized to act on behalf of owners <u>Wicked Nevada, LLC.</u>

/Kerry S. Culpepper/

<u>Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works on that site.</u>

The motion picture(s); <u>Extremely Wicked, Shockingly Evil and Vile.</u>

<u>Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit Service Provider to locate the material.</u>

(1) the file(s):

Extremely.Wicked.Shockingly.Evil.and.Vile.2019.1080p.NF.WEBRip.DDP5.1.x264-CM; and Extremely Wicked, Shockingly Evil, And Vile (2019) [WEBRip] [1080p] [YTS.AM]

Accessible at https://yts.lt/movie/extremely-wicked-shockingly-evil-and-vile-2019

(2) information reasonably sufficient to permit Service Provider to locate the material:

Exhibit "2"

Page 2

See Exhibit "1" Attached and IP addresses and time stamps below.

| No | IP | Port | Hit Date UTC |
|---|---|---|---|
| 1 | 72.234.140.58 | 53748 | 2019-06-28 09:19:28 |
| 2 | 141.239.115.154 | 58757 | 2019-06-24 06:45:26 |
| 3 | 72.235.12.89 | 62338 | 2019-05-10 12:05:45 |
| 4 | 72.253.8.25 | 61876 | 2019-05-09 22:54:46 |
| 5 | 72.235.24.168 | 53974 | 2019-05-08 20:12:57 |
| 6 | 72.234.5.69 | 58609 | 2019-06-01 01:51:09 |
| 7 | 72.235.59.62 | 54970 | 2019-05-11 19:16:34 |
| 8 | 72.234.225.15 | 55724 | 2019-05-11 08:21:07 |

Information reasonably sufficient to permit the Service Provider to contact the Complaining Party, such as an address, telephone number, and, if available, an electronic mail address at which the Complaining Party may be contacted.

Kerry S. Culpepper, Esq., Culpepper IP, LLLC, 75-170 Hualalai Road, Suite B204, Kailua-Kona, Hawaii 96740 US Tel 1-808-464-4047

<u>A statement that the Complaining Party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.</u>

I, have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

<u>A statement that the information in the notification is accurate, and under penalty of perjury, that the Complaining Party is the owner, or is authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed.</u>

The information in the notification is accurate, and under penalty of perjury, I am authorized to act on behalf of the owner, <u>Wicked Nevada, LLC</u> of an exclusive right that is allegedly infringed.

Sincerely,
/Kerry S. Culpepper/

Kerry S. Culpepper

Encl. (Exhibit 1)

| No | IP | Port | Hit Date UTC |
|---|---|---|---|
| 1 | 72.234.140.58 | 53748 | 2019-06-28 09:19:28 |
| 2 | 141.239.115.154 | 58757 | 2019-06-24 06:45:26 |
| 3 | 72.235.12.89 | 62338 | 2019-05-10 12:05:45 |
| 4 | 72.253.8.25 | 61876 | 2019-05-09 22:54:46 |
| 5 | 72.235.24.168 | 53974 | 2019-05-08 20:12:57 |
| 6 | 72.234.5.69 | 58609 | 2019-06-01 01:51:09 |
| 7 | 72.235.59.62 | 54970 | 2019-05-11 19:16:34 |
| 8 | 72.234.225.15 | 55724 | 2019-05-11 08:21:07 |

**Exhibit "1"**

| File Name |
|---|
| Extremely.Wicked.Shockingly.Evil.and.Vile.2019.1080p.NF.WEBRip.DDP5.1.x264-CM |
| Extremely.Wicked.Shockingly.Evil.and.Vile.2019.1080p.NF.WEBRip.DDP5.1.x264-CM |
| Extremely.Wicked.Shockingly.Evil.and.Vile.2019.1080p.NF.WEBRip.DDP5.1.x264-CM |
| Extremely.Wicked.Shockingly.Evil.and.Vile.2019.1080p.NF.WEBRip.DDP5.1.x264-CM |
| Extremely.Wicked.Shockingly.Evil.and.Vile.2019.1080p.NF.WEBRip.DDP5.1.x264-CM |
| Extremely Wicked, Shockingly Evil, And Vile (2019) [WEBRip] [1080p] [YTS.AM] |
| Extremely Wicked, Shockingly Evil, And Vile (2019) [WEBRip] [1080p] [YTS.AM] |
| Extremely Wicked, Shockingly Evil, And Vile (2019) [WEBRip] [1080p] [YTS.AM] |

| File Hash | ISP |
|---|---|
| SHA1: BCA43D9C355B4513A8DED594E5B3DC97B2B755C6 | Hawaiian Telcom |
| SHA1: BCA43D9C355B4513A8DED594E5B3DC97B2B755C6 | Hawaiian Telcom |
| SHA1: BCA43D9C355B4513A8DED594E5B3DC97B2B755C6 | Hawaiian Telcom |
| SHA1: BCA43D9C355B4513A8DED594E5B3DC97B2B755C6 | Hawaiian Telcom |
| SHA1: BCA43D9C355B4513A8DED594E5B3DC97B2B755C6 | Hawaiian Telcom |
| SHA1: 2D47E0B3A5BE99C15589D9B444F2FFE718B62440 | Hawaiian Telcom |
| SHA1: 2D47E0B3A5BE99C15589D9B444F2FFE718B62440 | Hawaiian Telcom |
| SHA1: 2D47E0B3A5BE99C15589D9B444F2FFE718B62440 | Hawaiian Telcom |

| Region | City | Province |
|---|---|---|
| Hawaii | Honolulu | Honolulu County |
| Hawaii | Honolulu | Honolulu County |
| Hawaii | Honolulu | Honolulu County |
| Hawaii | Waipahu | Honolulu County |
| Hawaii | ʻAiea | Honolulu County |
| Hawaii | Honolulu | Honolulu County |
| Hawaii | Honolulu | Honolulu County |
| Hawaii | ʻEwa Beach | Honolulu County |